874

No. 310, Misc. SWIGER v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Robert L. Davis* for petitioner. *Melvin G. Rueger* for respondent.

No. 311, Misc. BELLAMY v. OHIO. Sup. Ct. Ohio. Certiorari denied. Petitioner *pro se*. *Melvin G. Rueger* for respondent.

No. 312, Misc. MILLER v. OHIO. Sup. Ct. Ohio. Certiorari denied. Petitioner *pro se*. *Melvin G. Rueger* for respondent.

No. 313, Misc. BEACHEM v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 314, Misc. WALLACE v. WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.

No. 316, Misc. ORSINI v. ITALIAN LINE, ITALIA SOCIETA PER AZIONI DI NAVIGAZIONE SEDE IN GENOVA. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *Carl E. Glock* for respondent.

No. 317, Misc. BOND v. RESOR, SECRETARY OF THE ARMY, ET AL. C. A. D. C. Cir. Certiorari denied. *Jo V. Morgan, Jr.,* for petitioner. *Solicitor General Marshall* for respondents.

No. 321, Misc. DASKAL v. NENA, WARDEN. C. A. 2d Cir. Certiorari denied. *Henry B. Rothblatt* and *Emma A. Rothblatt* for petitioner.